1 | JAMES DAL BON, Bar No. 157942                    ** E-filed June 10, 2010 **
  | TOMAS E. MARGAIN, Bar No. 193555
2 | DAL BON & MARGAIN, APC
  | 28 NORTH 1ST SUITE 210
3 | SAN JOSE, CA 95113
  | TEL (408) 297-4729
4 | FAX (408) 297-4728

5 | jdblaw@earthlink.net

6 | Attorneys for Plaintiff

7 | ROGER M. MASON, ESQ. (107486)
  | CAITLIN E. KAUFMAN, ESQ. (238424)
8 | SWEENEY, MASON, WILSON & BOSOMWORTH
  | 983 University Avenue, Suite 104C
9 | Los Gatos, CA 95032-7637
10| 408-356-3000 phone
  | 408-354-8839 fax
11| ckaufman@smwb.com

12| Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN CARDOZA<br><br>    Plaintiff<br><br>v.<br><br>GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES<br><br>    Defendant(s) | Case No.: C 10-01021 HRL<br><br>**STIPULATION REQUESTING AN ORDER CHANGING AND EXTENDING TIME; DECLARATION OF TOMAS MARGAIN; [PROPOSED] ORDER** |

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6-1(b), 6-2, and 7-12, Plaintiff JASMIN CARDOZA and Defendants GENMOR PLUMBING, INC. and

1

**STIPULATION AND ORDER
CONTINUING INITIAL CMC**

GENARO DELGADILLO MORALES (collectively, "Defendants") submit the following stipulation.

Plaintiff and Defendants agree and stipulate to a continuance of the Initial Case Management Conference currently set for June 29, 2010 and an enlargement of time for Rule 26 and Case Management obligations.

This is the second such request as the Court initially granted a 30 day continuance by Stipulation and order on May 24, 2010.

This is done as the parties held a productive mediation on May 27, 2010 and during the mediation agreed to an informal exchange of documents and evidence in the form of video tape statements and scheduled a subsequent mediation on July 7, 2010.  As the mediation falls after the deadlines for the exchanges and submissions, this accommodation is requested by stipulation.

The enlargement of time will alter events and/or deadlines fixed by this Court.  The parties, therefore, respectfully request an Order Changing and Extending Time for the reasons stated in the declaration of Tomas Margain filed concurrently herewith.  This continuance and extension is sought as the parties are going to a second mediation and the parties want to attempt to resolve the matter prior to filing a Joint Case Management Statement and exchanging Rule 26 disclosures.

It is stipulated that the initial Case Management Conference be continued 58 days and the Rule 26 deadlines be also continued 58 days.

|  |  |
|---|---|
| Dated:  June 3, 2010 | Caitlin E. Kaufman<br>SWEENEY, MASON, WILSON & BOSOMWORTH |
|  | By:      //s// Caitlin E. Kaufman<br>Caitlin E. Kaufman<br>Attorneys for Defendants |
|  | Tomas Margain |

2

**STIPULATION AND ORDER
CONTINUING INITIAL CMC**

Dated:  June 3, 2010            DAL BON & MARGAIN, APC
By:     //s// Tomas Margain
Tomas Margain
Attorneys for Plaintiff

## **DECLARATION OF TOMAS E. MARGAIN**

I, Tomas E. Margain, declare:

    1.    I am an attorney admitted to practice before the United States District Court, and Plaintiff's attorney of record in this action.  I have personal knowledge of the facts set forth herein and could testify competently thereto.

Reasons for Requested Enlargement Pursuant to Local Rule 6-2(a)(1)

    2.    My client, Defendants and Defendants' counsel held an early mediation session with Koorosh Afshari on May 27, 2010.  This is not Court sponsored mediation but private mediation paid by the parties to expedite the resolution.

    3.    From my perspective, we had a very productive mediation session.  Because mediation sessions are confidential and this Court will hear the matter if not resolved, I want to provide limited detail to justify the basis for our request.  The mediation session ended with counsel meeting with the mediator in which it was agreed that Plaintiff's counsel would provide videotaped witness statements and credit card statements if they could be gathered.  Without ascribing any admission of wrongdoing by Defendants, it was felt that this information would help clarify the work hours of Plaintiff which is a hotly contested issue.

    4.    Given the above, the proposed deadlines allow the parties to attempt to resolve this matter and either inform the Court of the settlement or be able to comply with the deadlines prior to the Initial CMC in a timely manner.

Previous Time Modifications Pursuant to Local Rule 6-2(a)(2)

    5.    There has been one previous time modification extending the deadlines 21 days after the Court continued the Initial CMC from June 1, 2010 to the current June 8, 2010 date.

**STIPULATION AND ORDER
CONTINUING INITIAL CMC**

<u>Effect of Requested Time Modification</u>

6. The requested time modification will extend the events and/or deadlines set in this Court's March 10, 2010 order re initial case management and ADR deadlines. This modification will accommodate the parties desire to try to settle this matter by July 7, 2010.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 3, 2010              //s// Tomas E. Margain
                                    Tomas E. Margain

**STIPULATION AND ORDER
CONTINUING INITIAL CMC**

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the events and/or deadlines set in the Court's Order, dated March 10, 2010, shall be changed and extended to:

(1) July 13, 2010 shall be the last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plans
- file ADR Certification signed by Parties and Counsel
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

(2) August ~~19~~ 17, 2010 shall be the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement

(3) The Initial Case Management Conference in Courtroom 2, in the San Jose Courthouse will be set for August ~~26~~ 24, 2010 at 1:30 p.m..

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June __10__ 2010

_____
Judge Howard R. Lloyd
United States Magistrate Judge

**STIPULATION AND ORDER
CONTINUING INITIAL CMC**