\*\* E-filed June 23, 2010 \*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jasmin Cardoza

                      CASE NO. 10-CV-01021-HRL

        Plaintiff(s),

    v.                          STIPULATION AND [PROPOSED]
Genmor Plumbing, Inc. and Genaro    ORDER SELECTING ADR PROCESS
Delgadillo Morales

        Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Mediation
Koorosh Afshari, ADR Strategies

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  1st Mediation Session was May 27, 2nd set for July 7, 2010

Dated: June 15, 2010

                                                Attorney for Plaintiff

Dated: June 15, 2010

                                                Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   August 1, 2010

IT IS SO ORDERED.

Dated: June 23, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge