JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net

Attorneys for Plaintiff

** E-filed August 18, 2010 **

ROGER M. MASON, ESQ. (107486)
CAITLIN E. KAUFMAN, ESQ. (238424)
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax
ckaufman@smwb.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN CARDOZA<br><br>    Plaintiff<br><br>v.<br><br>GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES<br><br>    Defendant(s) | Case No.: C 10-01021 HRL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION; [PROPOSED] ORDER** |

    Plaintiff JASMIN CARDOZA and Defendants GENMOR PLUMBING, INC. and GENARO DELGADILLO MORALES (collectively, "Defendants") through their attorneys of record hereby submit the following stipulation.

1

**STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE COURT TO RETAIN JURISDICTION**

1.     The parties have executed a written settlement agreement which disposes of all claims in this matter;

2.     The settlement agreement calls for consideration to be paid over time.

3.     The parties desire to have this matter dismissed with prejudice but to have the Court exercise jurisdiction over the settlement until October 1, 2011.

Dated: August 17, 2010

Caitlin E. Kaufman
SWEENEY, MASON, WILSON & BOSOMWORTH

By:     //s// Caitlin E. Kaufman
Caitlin E. Kaufman
Attorneys for Defendants

Dated: August 17, 2010

Tomas Margain
DAL BON & MARGAIN, APC

By:     //s// Tomas Margain
Tomas Margain
Attorneys for Plaintiff

2

**STIPULATION AND ORDER TO DISMISS**
**WITH PREJUDICE COURT TO RETAIN JURISDICTION**

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this case be Dismissed with prejudice.  However, the Court retains jurisdiction of this matter only for the purposes of enforcing the settlement agreement if one party asserts a breach of the agreement.  This retention of jurisdiction will last until October 1, 2011 only.

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  August __19__ 2010

_____
Judge Howard R. Lloyd
United States Magistrate Judge

**STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE COURT TO RETAIN JURISDICTION**